AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Yair Joaquin Granados, et al. )
*Plaintiff* )
v. ) Case No. 1:15-CV-00787-LY
The Coliseum, Inc. dba El Coliseo )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Yair Joaquin Granados, et al.

Date: 11/02/2015

/s/ Aaron Johnson
*Attorney's signature*

Aaron Johnson, Texas Bar No. 24056961
*Printed name and bar number*
Equal Justice Center
510 S. Congress Ave., Ste. 206
Austin, Texas 78704

*Address*

ajohnson@equaljusticecenter.org
*E-mail address*

(512) 474-0007
*Telephone number*

(512) 474-0008
*FAX number*