IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YAIR GRANADOS JOAQUIN, JOSE HERIBERTO ESCOBEDO CAMARGO, and JANET HERRERA RUBIO, on Behalf of Themselves and Others Similarly Situated,<br>*Plaintiffs,*<br><br>V.<br><br>ALFREDO HINOJOSA, THE COLISEUM INC dba EL COLISEO and THE COLISEUM OF AUSTIN, ARCABABA, INC. dba OK CORRAL-FORT WORTH, SPANGLER ENTERTAINMENT LLC dba OK CORRAL-DALLAS, MAC 23, INC, dba OK CORRAL-OKLAHOMA CITY, EL VOLCAN SOCIAL CLUB INC dba FAR WEST-DALLAS, RODEO 2000 SOCIAL CLUB, INC. dba FAR WEST-TYLER, and OLD TOWN RANCHERS, INC. dba MEDUSA<br>*Defendants* | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:15-CV-00787-LY |

**PLAINTIFFS' CORRECTED MOTION FOR LEAVE TO FILE
PLAINTIFFS' SECOND AMENDED COMPLAINT**

TO THE HONORABLE COURT:

    Before the Court is Plaintiffs' Response to Defendants' Motion to Dismiss and Motion for Leave to File Plaintiffs' Second Amended Complaint. [Dkt No. 25.] The Clerk of this Court issued a Deficiency Notice instructing Plaintiffs to file corrected pleadings, separating the Response from the Motion for Leave. [Dkt No. 26.] Plaintiffs file this Corrected Motion for Leave.

Plaintiffs refer the Court to and incorporate by reference their Corrected Response to Defendant The Coliseum, Inc.'s Motion to Dismiss. [Dkt No. 27.] Plaintiffs' proposed Second Amended Complaint (attached hereto as Exhibit 1) responds to Defendant's concerns by whittling down the claims asserted (namely, by eliminating the six causes of action previously pleaded under Oklahoma common law) and providing additional factual enhancement out of an abundance of caution to further buttress the plausibility of their claims for relief.

Plaintiffs' Second Amended Complaint easily includes sufficient well-pleaded factual allegations to plausibly state a claim for relief for each cause of action raised against The Coliseum, Inc. Accordingly, the Court should grant Plaintiffs' motion for leave to amend in order to file their Second Amended Complaint and deny Defendant's Motion to Dismiss with prejudice to refiling.

Respectfully submitted,

By: /s/ Aaron Johnson

| | |
|---|---|
| Austin Kaplan | Aaron Johnson |
| State Bar No. 24072176 | State Bar No. 24056961 |
| akaplan@kaplanlawatx.com | ajohnson@equaljusticecenter.org |
| KAPLAN LAW FIRM, PLLC | Anna Bocchini |
| 98 San Jacinto Blvd. Suite 540 | State Bar No. 24057410 |
| Austin, TX 78701 | abocchini@equaljusticecenter.org |
| PH: (512) 553-9390 | EQUAL JUSTICE CENTER |
| FAX: (512) 692-2788 | 510 S. Congress Ave., Ste. 206 |
| | Austin, TX 78704 |
| | PH: (512) 474-0007, ext. 104 |
| | FAX: (512) 474-0008 |

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the document above was served on the following parties by email via the CM/ECF system on January 29, 2015:

John W. Bowdich
jbowditch@thewillislawgroup.com
Todd J. Liles
tliles@thewillislawgroup.com
THE WILLIS LAW GROUP
10440 N. Central Expressway, Suite 520
Dallas, TX 75231
ATTORNEYS FOR DEFENDANT

_____
Aaron Johnson
Attorney for Plaintiffs