IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIIN DIVISION

| | | |
|---|---|---|
| YAIR JOAQUIN GRANADOS, et al., | § § § § | |
| *Plaintiffs*, | | |
| v. | § § § § § § § | Civil Action No. 1:15-CV-00787-LY |
| THE COLISEUM, INC., d/b/a EL COLISEO, | | |
| *Defendant*. | | |

# AMENDED CERTIFICATE OF CONFERENCE ON DEFENDANT MAC 23, INC.'S MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF

Plaintiffs' Counsel contacted Defendants' Counsel to indicate Plaintiffs are UNOPPOSED to relief sought by *Defendant Mac 23, Inc.'s Motion to Extend Deadline to File Reply Brief Related to Rule 12(b)(2)(3) and (6) Motion to Dismiss Plaintiffs' Second Amended Complaint* [Doc 45].

Respectfully submitted,

By: _____
JOHN W. BOWDICH
State Bar No. 00796233
TODD J. LILES
State Bar No. 00796956

THE WILLIS LAW GROUP
10440 N. Central Expressway, Suite 520
Dallas, Texas 75231
(214) 736-9433 – Telephone
(214) 736-9994 – Telecopy
jbowdich@thewillislawgroup.com
tliles@thewillislawgroup.com

ATTORNEYS FOR DEFENDANT
THE COLISEUM INC D/B/A EL COLISEO

CERTIFICATE OF SERVICE

On March 14, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court that electronically served all parties pursuant to Rule 5(b)(2).

By: _____
JOHN W. BOWDICH