IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 MAR 24 PM 12: 44

| | | |
|---|---|---|
| YAIR GRANADOS JOAQUIN, JOSE HERIBERTO ESCOBEDO CAMARGO, AND JANET HERRERA RUBIO, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, PLAINTIFFS, | § § § § § § § | |
| V. | § § | CAUSE NO. A-15-CV-787-LY |
| ALFREDO HINOJOSA, THE COLISEUM INC DBA EL COLISEO AND THE COLISEUM OF AUSTIN, ARCABABA, INC. DBA OK CORRAL-FORT WORTH, SPANGLER ENTERTAINMENT LLC DBA OK CORRAL-OKLAHOMA CITY, EL VOLCAN SOCIAL CLUB INC DBA FAR WEST-DALLAS, RODEO 2000 SOCIAL CLUB, INC. DBA FAR WEST-TYLER AND OLD TOWN RANCHERS, INC. DBA MEDUSA, DEFENDANTS. | § § § § § § § § § § § § § § | |

## ORDER

**IT IS HEREBY ORDERED** that Defendants Alfredo Hinojosa; Arcababa, Inc.; Spangler Entertainment, Inc.; El Volcan Social Club, Inc.; Rodeo 2000 Social Club, Inc.; and Old Town Ranchers, Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint filed February 22, 2016 (Doc. #40); Defendant Mac 23, Inc.'s Rule 12(b)(2), (3), and (6) Motion to Dismiss Plaintiffs' Second Amended Complaint filed February 22, 2016 (Doc. #41); Plaintiffs' Response to Defendants Alfredo Hinojosa; Arcababa, Inc.; Spangler Entertainment, Inc.; El Volcan Social Club, Inc.; Rodeo 2000 Social Club, Inc.; and Old Town Ranchers, Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint filed March 7, 2016 (Doc. #43); Plaintiffs' Response to Defendant Mac 23, Inc.'s Rule 12(b)(2), (3), and (6) Motion to Dismiss

Plaintiffs' Second Amended Complaint filed March 7, 2016 (Doc. #44); Defendants' Reply to Plaintiffs' Response to Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint filed March 14, 2016 (Doc. #47); and Defendant Mac 23, Inc.'s Reply to Plaintiffs' Response to Defendant's Rule 12(b)(2), & (3) Motion to Dismiss Plaintiffs' Second Amended Complaint filed March 21, 2016 (Doc. #49) are **REFERRED** to United States Magistrate Andrew W. Austin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this 24th day of March, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE